UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROADRUNNER TRANSPORTATION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-00119-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable Jon S. Tigar for consideration of whether the case is related to *Gomez v. Roadrunner Transportation Services, Inc.*, Case No. 4:19-cv-02748-JST.

**IT IS SO ORDERED.**

Dated: 5/9/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge