1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

FERNANDO GOMEZ,

Case No. 23-cv-00119-JST

Plaintiff,

8
9

v.

10

ROADRUNNER TRANSPORTATION
SERVICES, INC.,

11

Defendant.

**ORDER RE: MOTION TO REMAND,
AND ORDER TO SHOW CAUSE AS
TO WHY THE COURT SHOULD
CONSIDER PLAINTIFF'S
EVIDENTIARY OBJECTIONS**

Re: ECF No. 10

12
13

On February 9, 2023, Plaintiff Fernando Gomez filed a motion remand.  ECF No. 10.  An

14

opposition to the motion was due by February 23, 2023, and any reply was due by March 2, 2023.

15

Defendant Roadrunner Transportation Services, Inc. ("Roadrunner") filed a timely

16

opposition, ECF No. 13, but Gomez did not file a reply by March 2, 2023.  Instead, on March 15,

17

2023, Gomez filed untimely evidentiary objections.  ECF No. 14.  Pursuant to Civil Local Rule 7-

18

3, "[a]ny evidentiary and procedural objections to the opposition must be contained within the

19

reply brief or memorandum," and cannot be filed separately.  Civil L.R. 7-3(c).

20

Accordingly, Gomez is ordered to show cause as to why the Court should not decline to

21

consider Gomez's untimely objections that were presented in contravention of Civil Local Rule 7-

22

3.  Gomez shall file a response to this order to show cause within 14 days of this order.  In

23

response, Gomez shall also address whether he intends to rest on the arguments raised in his

24

motion to remand or whether he is abandoning the motion in light of Roadrunner's opposition.

25

**IT IS SO ORDERED.**

26

Dated: June 12, 2023

27
28

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California